**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7751**

_____

DAVID BRIGHTWELL,

        Plaintiff - Appellant,

    v.

ALLEN GANG, Warden; TRUITT, Case Manager; MS. DUNSKIN; MS. SWAN;
SGT. SELLMAN; COMMISSIONER OF CORRECTION; F. TODD TAYLOR;
SANDRA HOLMES, Administrative Officer II,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, Senior District Judge.  (1:20-cv-02510-RDB)

_____

Submitted:  May 19, 2022                       Decided:  July 22, 2022

_____

Before GREGORY, Chief Judge, KING and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Brightwell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Brightwell appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Brightwell v. Gang*, No. 1:20-cv-02510-RDB (D. Md. Dec. 1, 2021). We also deny Brightwell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*